UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LLOYD DEMETRIUS GRICE,

    Plaintiff,

v.                                        Case No. 3:17cv28-LC-CJK

ROSSCHILDS CEO, et al.

    Defendants.

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 17, 2017 (doc. 12). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious for plaintiff's abuse of the judicial process.

3. All pending motions are **DENIED AS MOOT**.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 31st day of March, 2017.


            ___s/*L.A. Collier*_____
            **LACEY A. COLLIER**
            **SENIOR UNITED STATES DISTRICT JUDGE**